IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **FERNANDO RUSSELL,** *individually and on behalf of all others similarly situated,* | § § § § | |
| **Plaintiffs,** | § § | |
| **v.** | § § | **Civil Action No. 4:23-cv-951-BJ** |
| **RELIANT TERMITE & PEST CONTROL, INC.,** | § § § § | |
| **Defendant.** | § § | |

## FINAL JUDGMENT

Pursuant to the order issued this same day, and Federal Rule of Civil Procedure 58,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiffs Fernando Russell,

individually and on behalf of all others similarly situated (collectively referred to as "Plaintiffs")

shall recover from Defendant Reliant Termite & Pest Control, Inc., damages in the following

amounts:

| Plaintiff | Unpaid Overtime Amount | Statutory Liquidated Damages Amount | Total Damages |
|---|---|---|---|
| FERNANDO RUSSELL | $5,786.79 | $5,786.79 | $11,573.58 |
| INDIA MARTIN | $144.26 | $144.26 | $288.52 |
| ALBERT DOMINY | $2,416.67 | $2,416.67 | $4,833.34 |
| JESSE PADILLA | $6.93 | $6.93 | $13.86 |

It is further **ORDERED** that post-judgment interest shall accrue on the entire amount at a

rate of 3.65% from the date this judgment is entered on the docket until paid.

All costs under 28 U.S.C. § 1920 shall be taxed against Defendant.  Plaintiff shall file a bill of costs in accordance with Local Civil Rule 54.1.  The Court will determine Defendants' reasonable and necessary attorney's fees at a later date in accordance with the time periods and procedures set forth in Federal Rule of Civil Procedure 54(d).

SIGNED September 16, 2025.

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE